ELIZABETH WALDOW
LEGAL OFFICER
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0243

**In The Eastern District of California for the**

**United States District Court**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 6:07-mj-00085-WMW |
| Plaintiff, | ) | ORDER TO SETTING CONDITIONS OF DEFENDANT'S RELEASE FROM CUSTODY |
| v. | ) | |
| JOHN JESS MANCEBO, | ) | Date: May 29, 2007 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Courtroom: U.S. Magistrate Judge: |
| | ) | Hon. William M. Wunderlich |

The United States Government States Government, through its representative Elizabeth Waldow, respectfully requests that the following conditions be imposed during the Defendant's release from custody and remain in place until his appearance in court on May 29, 2007, in this matter.

1

The conditions are:
- Defendant shall stay 100 feet away from Donald C. Ballard, including his person, his residence, his work place, and his vehicle. Further, Defendant shall not contact Mr. Ballard in any manner, directly or by third party, including but not limited to verbal, written, email, any other electronic form of communication;

These conditions are in addition to the standard terms of release contained in the Standing Order the Yosemite Magistrate Court:
Defendant shall immediately advise the court, defense counsel, the U.S. Attorney and/or the Yosemite Law Enforcement office in writing if, subsequently, arrested or cited by a law enforcement officer;
Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed;
Defendant shall not commit any federal, state, or local crime;
Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informants, juror, or officer of the Court, or obstruct any criminal investigation; and
Defendant shall immediately advise the Court, Pretrial services, defense Counsel and the U.S. Attorney in writing of any change in address ro telephone number.

Respectfully submitted,


Dated:   May 24th, 2007 ,        /s/Elizabeth Waldow
                                 Elizabeth Waldow, Legal Officer
                                 National Park Service



IT IS SO ORDERED.

**Dated:   May 24, 2007**              **/s/  William M. Wunderlich**
                                 UNITED STATES MAGISTRATE JUDGE

2